**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-CR-606-MK
                     03-CR-183-MK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOAQUIN TALAVERA-PADILLA

       Defendant.

---

ORDER ALLOWING DISCLOSURE OF THE PRESENTENCE REPORT, CASE NO. 02-CR-606-MK, AND SUPERVISED RELEASE VIOLATION REPORT, CASE NO. 03-CR-183-MK, TO THE UNITED STATES PROBATION DEPARTMENT FOR THE DISTRICT OF NEW MEXICO

---

      THIS MATTER is before the court upon request of David Banegas, United States Probation Officer, District of New Mexico, for permission to review the Presentence and Supervised Release Violation Reports prepared in the District of Colorado to assist him in preparation of their presentence report, case number 1084 2:05M09142-001WPL. Upon further review, the court

      ORDERS the Presentence or Supervised Release Violation Report prepared for this court may be disclosed and that they not be copied or in any way disclosed beyond the scope of this order.

      DATED at Denver, Colorado, this 19th day of December, 2005.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge